**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 08-8169**

———————

ELVIS JOSEPH AMARAME,

    Plaintiff - Appellant,

  v.

MATTHEW B. HAMIDULLAH, Warden, in his individual capacity;
ROBERT GATES, in his individual capacity; JOSEPH OWENS, in
his individual capacity,

    Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville. Henry F. Floyd, District Judge.
(6:07-cv-02775-HFF-WMC)

———————

Submitted: April 21, 2009    Decided: May 8, 2009

———————

Before TRAXLER, GREGORY, and AGEE, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Elvis Joseph Amarame, Appellant Pro Se. Beth Drake, Assistant
United States Attorney, Columbia, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elvis Joseph Amarame seeks to appeal the district court's order accepting the magistrate judge's recommendation to grant in part and deny in part Defendants' motion to dismiss Amarame's complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Amarame seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED